UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DESHAWNA DAWSON, | ) | CASE NO. 1:11 CV 551 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| BARBARA PAYNE, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

On March 17, 2011, plaintiff <u>pro se</u> Deshawna Dawson filed this action against Barbara Payne.  Plaintiff's pleading is, in substance, a brief letter style document addressed to the court. She alleges she is a letter carrier in Akron who believes she should be able to be transferred to Cleveland based on her seniority and the collective bargaining agreement.

Principles requiring generous construction of <u>pro se</u> pleadings are not without limits.  <u>Beaudett v. City of Hampton</u>, 775 F.2d 1274, 1277 (4th Cir. 1985).  Given the most liberal construction, the complaint does not contain allegations reasonably suggesting plaintiff might have a valid claim for relief, or even setting forth a basis for jurisdiction.  This action is therefore appropriately subject to summary dismissal.  <u>Apple v. Glenn</u>, 183

F.3d 477 (6th Cir. 1999).

Accordingly, this action is dismissed.

IT IS SO ORDERED.

_Donald C. Nugent 3/28/11_

DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE